### McCord *v.* Aspinwall *et al.*

APPEAL from the *Knox* Circuit Court.

*Per Curiam.*—This case involves the principle decided in *Aspinwall et al.* v. *The Ohio, &c., R. R. Co. et al.*, at this term, and must be governed by it. The judgment will have to be reversed. It can be sustained only by holding valid the action, in *Ohio*, of an *Indiana* corporation.

The judgment is reversed, with costs. Cause remanded, &c.

*McDonald & Porter*, for the appellant.

*Samuel Judah*, for the appellees.

---

### Aspinwall *et al.* v. Somes *et al.*

APPEAL from the *Knox* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed upon the authority of *Aspinwall et al.* v. *The Ohio, &c., R. R. Co. et al.*, at this term. The two cases are substantially alike.

The judgment is affirmed, with costs.

*Samuel Judah*, for the appellants.

*John Baker* and *W. E. Niblack*, for the appellees.